UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>MICHELLE L. DOMMEL<br><br>　　　　　　　　　　Defendant | CIVIL NO. 16-06560 |

**CERTIFICATE OF SERVICE**

　　　　I, Thomas I. Puleo, Esquire, hereby certifies that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below.

MICHELLE L. DOMMEL
136 Penn Oak Drive
Bainbridge, PA 17502

MICHELLE L. DOMMEL
424 Nottingham Avenue
Lancaster, PA 17601

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 27615
　　　　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　　　(215) 825-6309

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

MICHELLE L. DOMMEL; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-06560

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHELLE L. DOMMEL the above process on the 27 day of March, 2017, at 9:15 o'clock, P.M. at 136 PENN OAK DRIVE BAINBRIDGE, PA 17502, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑   By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__      )
                                   ) SS:
County of __Berks__                )

Before me, the undersigned notary public, this day, personally appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-164996
Case ID #:4842037

Subscribed and sworn to before me
this __30__ day of __Mar__, 20 __17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106  $ 002.70⁰
02 1W
0001391829 MAR 24 2017

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | DOMMEL, MICHELLE L. 136 Penn Oak Drive Bainbridge, PA 17502 | | | | | | | | | | | |
| 2. | | DOMMEL, MICHELLE L. 424 Nottingham Avenue Lancaster, PA 17601 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: **3877**
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-164996   Lancaster County   Sale Date:

MICHELLE L. DOMMEL

