UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>MICHELLE L. DOMMEL<br><br>Defendant(s) | CIVIL NO. 16-06560 |

### CERTIFICATE OF SERVICE

I, Thomas I. Puleo, Esquire, here by certifies that the foregoing motion for a default judgment, supporting memorandum of law, supporting affidavit, and proposed order, the breakdown of requested damages filed by the plaintiff on March 30, 2017, and Order has been served by first class mail, postage pre-paid and certified mail upon the parties listed below on April 5, 2017.

MICHELLE L. DOMMEL
5558 Bossler Road
Elizabethtown, PA 17022

MICHELLE L. DOMMEL
136 Penn Oak Drive
Bainbridge, PA 17502

MICHELLE L. DOMMEL
424 Nottingham Avenue
Lancaster, PA 17601

Respectfully submitted,

KML Law Group, P.C.

s/ Thomas I. Puleo

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309
TPuleo@kmllawgroup.com