# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

MICHELLE L. DOMMEL; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-06560

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: JUDGEMENT, BRIEF & ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHELLE L. DOMMEL the above process on the 10 day of April, 2017, at 7:45 o'clock, A M, at 136 PENN OAK DRIVE BAINBRIDGE, PA 17502, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓]  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____    2) _____    3) _____

Commonwealth/State of _Pa_____    )
                                             ) SS:
County of _Berks_____              )

Before me, the undersigned notary public, this day, personally, appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-164996
Case ID #: 4855993

Subscribed and sworn to before me
this _18_ day of _April_, 20_17_.

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

*PCO — Brittni Augustin*

USPS Manifest Mailing System                                                                                          Page  1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|
| | Sequence Number<br>6164-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999917703772699174<br>9171999917703772699174 | GREEN, TREVOR L. AKA TREVOR GREEN<br>1116 Lindley Ave<br>Apt. 1<br>Philadelphia, PA 19141 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999917703772699181<br>9171999917703772699181 | GREEN, TREVOR L. AKA TREVOR GREEN<br>3729 N. Sydenham Street<br>Philadelphia, PA 19140 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999917703772699198<br>9171999917703772699198 | GREEN, TREVOR L. AKA TREVOR GREEN<br>4837 N. 7th St.<br>Philadelphia, PA 19120 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999917703772699204<br>9171999917703772699204 | LINDA DOWLING<br>1517 N 29th Street<br>Philadelphia, PA 19121 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999917703772699211<br>9171999917703772699211 | DOMMEL, MICHELLE L.<br>5558 Bossler Road<br>Elizabethtown, PA 17022 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999917703772699228<br>9171999917703772699228 | DOMMEL, MICHELLE L.<br>424 Nottingham Avenue<br>Lancaster, PA 17601 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999917703772699235<br>9171999917703772699235 | DOMMEL, MICHELLE L.<br>136 Penn Oak Drive<br>Bainbridge, PA 17502 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals | 7 | | 4.93 | 33.95 | | | 38.89 |
| Cumulative Totals | 7 | | 4.93 | 33.95 | | | 38.89 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____   Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C     Certified
                                 ERR   Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | TO MICHELLE DOMMEL<br>DOMMEL, MICHELLE L.<br>136 Penn Oak Drive<br>Bainbridge, PA 17502 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | TO MICHELLE DOMMEL<br>DOMMEL, MICHELLE L.<br>424 Nottingham Avenue<br>Lancaster, PA 17601 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | TO MICHELLE DOMMEL<br>DOMMEL, MICHELLE L.<br>5558 Bossler Road<br>Elizabethtown, PA 17022 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

U.S. POSTAGE PITNEY BOWES
ZIP 19106 $001.46
02 1W
0001391829 APR 07 2017

Total Number of Pieces Listed by Sender: 3    Total Number of Pieces Received at Post Office: _____    Postmaster, Per (Name of receiving employee)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)    Sale Date:

USA-164996    Lancaster County

MICHELLE L. DOMMEL

RCO - Brittni Augustin