UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                             Plaintiff<br><br>vs.<br><br>MICHELLE L. DOMMEL<br><br>                             Defendant | CIVIL NO. 16-06560 |

## AMENDED CERTIFICATE OF SERVICE

I, Thomas I. Puleo, Esquire, here by certifies that the foregoing motion for a default judgment, supporting memorandum of law, supporting affidavit, and proposed order, the breakdown of requested damages filed by the plaintiff on March 30, 2017, and Order has been served by first class mail, postage pre-paid and certified mail upon the parties listed below on April 7, 2017.

MICHELLE L. DOMMEL
5558 Bossler Road
Elizabethtown, PA 17022

MICHELLE L. DOMMEL
136 Penn Oak Drive
Bainbridge, PA 17502

MICHELLE L. DOMMEL
424 Nottingham Avenue
Lancaster, PA 17601

                                                  Respectfully submitted,

                                                  KML Law Group, P.C.

                                                  By: _____
                                                  Thomás I. Puleo, Esquire
                                                  Pennsylvania Attorney I.D. No. 27615
                                                  Suite 5000 – BNY Independence Center
                                                  701 Market Street
                                                  Philadelphia, PA  19106-1532
                                                  (215) 825-6309
                                                  TPuleo@kmllawgroup.com

PCO — Brittni Augustin

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6164-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703772699174<br>9171999991703772699174 | GREEN, TREVOR L. AKA TREVOR GREEN<br>1116 Lindley Ave<br>Apt. 1<br>Philadelphia, PA 19141 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699181<br>9171999991703772699181 | GREEN, TREVOR L. AKA TREVOR GREEN<br>3729 N. Sydenham Street<br>Philadelphia, PA 19140 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699198<br>9171999991703772699198 | GREEN, TREVOR L. AKA TREVOR GREEN<br>4837 N. 7th St.<br>Philadelphia, PA 19120 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699204<br>9171999991703772699204 | LINDA DOWLING<br>1517 N 29th Street<br>Philadelphia, PA 19121 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699211<br>9171999991703772699211 | DOMMEL, MICHELLE L.<br>5558 Bossler Road<br>Elizabethtown, PA 17022 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699228<br>9171999991703772699228 | DOMMEL, MICHELLE L.<br>424 Nottingham Avenue<br>Lancaster, PA 17601 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699235<br>9171999991703772699235 | DOMMEL, MICHELLE L.<br>136 Penn Oak Drive<br>Bainbridge, PA 17502 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals | 7 | | 4.93 | 33.95 | | | 38.89 |
| Cumulative Totals | 7 | | 4.93 | 33.95 | | | 38.89 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____
Signature of Receiving Employee

Round Stamp _____

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | TO MICHELLE DOMMEL<br>DOMMEL, MICHELLE L.<br>136 Penn Oak Drive<br>Bainbridge, PA 17502 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | TO MICHELLE DOMMEL<br>DOMMEL, MICHELLE L.<br>424 Nottingham Avenue<br>Lancaster, PA 17601 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | TO MICHELLE DOMMEL<br>DOMMEL, MICHELLE L.<br>5558 Bossler Road<br>Elizabethtown, PA 17022 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 001.46
02 1W
0001391829 APR. 07. 2017

Total Number of Pieces Listed by Sender: 3    Total Number of Pieces Received at Post Office    Postmaster, Per (Name of receiving employee)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

USA-164996  Lancaster County    Sale Date:

MICHELLE L. DOMMEL

RCO - Brittni Augustin